IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OM SHREE GANESH (USA) INC., et al.,<br><br>    Plaintiffs,<br><br>      v.<br><br>MILL & HOOPES LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-1701-TWT |

### ORDER

This is a civil RICO action. It is before the Court on the Plaintiffs' Motion to Dismiss [Doc. 3] which is GRANTED.

SO ORDERED, this 26 day of August, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\OM Shree Ganesh (USA) Inc\10cv1701\dismiss.wpd